# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

**UNITED STATES OF AMERICA**

**V.**                                   **CASE NUMBER: 4:22CR-40001-005**

**BONITA LOIS MARTIN**

## UNOPPOSED MOTION TO CONTINUE

Comes now the Defendant, BONITA LOIS MARTIN, through undersigned counsel and for her Motion, states:

1.      That Defendant is charged by Superseding Indictment with one count of conspiracy to distribute controlled substances without a legitimate prescription, in violation of 21 U.S.C. § 841(b)(1)(C). Trial in this matter is presently set for May 16, 2022.

2.      That the Office of the Federal Public Defender will require a short additional time to investigate the facts and circumstances of the charges in order to properly evaluate and prepare the case.

3.      That the Government has been contacted regarding this request and has stated it has no objection to the granting of this continuance.

4.      This Motion is brought in good faith and not for the purpose of delay or any other improper purpose.

5.      It is anticipated it will take up to 30 days from the current trial setting to adequately investigate and prepare for trial or resolve for plea.   A continuance of 30 days from the current setting is thus requested at this time.

6.      No prejudice will result in the granting of a continuance, as such time would

be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, Defendant, Bonita Lois Martin, respectfully requests that her Motion be granted and for all other relief to which she may be entitled.

Respectfully submitted,

BRUCE D. EDDY
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By:     /s/ *Alex Wynn*_____
        Alex Wynn
        Assistant Federal Public Defender
        100 E. Peach Street, Suite 320
        El Dorado, AR 71730
        (479) 249-8648

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Ms. Anne Gardner, Assistant United States Attorney and all CM/ECF parties registered in the case; and a copy of this pleading was mailed by the United States Postal Service to: none.

/s/ *Alex Wynn*_____
Alex Wynn