IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                         Case No. 4:22-cr-40001-1

TAWNYA LANSDELL                                                             DEFENDANT

**ORDER**

Defendant Tawnya Lansdell has filed a Motion for Continuance. ECF No. 170. Defendant moves the Court for a continuance of the trial currently scheduled to commence on June 20, 2023. Upon review, the Court finds that the ends of justice served by the granting of the continuance outweighs the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Otherwise, Defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161 (h)(7)(B)(iv).

The trial of this matter is hereby continued as to all Defendants and will commence at 9:00 a.m. on February 12, 2024, at the United States Courthouse, Texarkana, Arkansas. Counsel shall adjust all remaining deadlines accordingly. The time between the trial date of June 20, 2023, and the new trial date of February 12, 2024, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**, this 28th day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge