IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                              Case No. 4:22-cr-40001-5

BONITA LOIS MARTIN                                                                              DEFENDANT

**<u>ORDER</u>**

Before the Court is Defendant Bonita Martin's Motion to Sever. ECF No. 193. The government has filed a response. ECF No. 194. The Court finds that the matter is ripe for consideration.

Defendant Martin was charged along with several co-Defendants with conspiracy to illegally distribute opioids (Count One). ECF No. 79. The superseding indictment also includes four other charges: conspiracy to commit health care fraud (Count Two); conspiracy to commit wire fraud (Count Three); and two counts of wire fraud (Counts Four and Five). Defendant Martin has only been charged with conspiracy to illegally distribute opioids (Count One). In the present motion, Defendant Martin argues that Count One and Counts Two through Five are improperly joined under Federal Rule of Criminal Procedure 8(b). She moves the Court to sever the trial on Count One from the trial on Counts Two through Five.

Earlier today, the Court entered an order granting a Motion to Sever Counts and Defendants (ECF No. 111), which was filed by Defendant Gina Richardson. ECF No. 197. In this Order, the Court severed the trial on Count One from the trial on Counts Two through Five. For the same reasons as stated in the previous order (ECF No. 197), the Court finds that the present motion (ECF No. 193) should be and hereby is **GRANTED**. As stated in the Court's earlier order

(ECF No. 197), the trial on Count One will proceed as scheduled on February 12, 2024.  The trial on Counts Two through Five will be scheduled for trial at a later date.

    **IT IS SO ORDERED**, this 15th day of November, 2023.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge
