IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

V.                                    CASE NUMBER: 4:22CR-40001-005

BONITA LOIS MARTIN

### MOTION OF DEENDANT BONITA LOIS MARTIN TO CONTINUE JURY TRIAL

Comes now the Defendant, BONITA LOIS MARTIN, through undersigned counsel and for her Motion, states:

1. That Defendant is charged by Superseding Indictment with one count of conspiracy to distribute controlled substances without a legitimate prescription, in violation of 21 U.S.C. § 841(b)(1)(C). Trial in this matter is presently set for February 12, 2024.

2. That Defendant requests a 60 day continuance from the current trial setting to complete its investigation and interviews, meetings and preparation for trial with the Defendant and witnesses in order to properly present the defense case for trial. Undersigned is lead defense counsel for trial in this matter and will be on paternity leave and unavailable for trial preparation and the current trial setting due to the scheduled birth of his new baby in mid-January, 2024.

In addition, Defendant suffers from rheumatoid arthritis as well as other chronic medical conditions and on November 22, 2023, underwent bi-lateral surgery involving the medically necessary removal of tissue from areas of her lower abdomen and base of the spine by her neurosurgeon.  Defendant continues to recover from that surgery and

1

resultant complications, having been released from doctor ordered complete bedrest as recently as December 19, 2023.  Defendant remains under doctor's care and is limited to minimal physical activity and daily rest periods with an estimated recovery period of an additional twelve weeks, or mid-March.  Due to these limitations as well as her compromised immune system and ongoing chronic fatigue the Defendant's current medical condition precludes regular, effective meetings with members of her defense counsel which are required to prepare for an adequate defense at trial.

     3.    That the Government has been contacted regarding this request and has stated it will respond to the filed Motion upon review.

     4.    This Motion is brought in good faith and not for the purpose of delay or any other improper purpose.

     5.    It is anticipated it will take up to 60 days from the current trial setting for defense to adequately prepare for trial in this matter.  A continuance of 60 days from the current setting is thus requested at this time.

     6.    No prejudice will result in the granting of a continuance, as such time would be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A).

     WHEREFORE, Defendant, Bonita Lois Martin, respectfully requests that her Motion be granted and for all other relief to which she may be entitled.

                                          Respectfully submitted,

                                          BRUCE D. EDDY
                                          FEDERAL PUBLIC DEFENDER
                                          WESTERN DISTRICT OF ARKANSAS

                By:    /s/ *Alex Wynn*_____
                         Alex Wynn

2

Assistant Federal Public Defender

100 E. Peach Street, Suite 320
El Dorado, AR 71730
(479) 249-8648

Counsel for Defendant Bonita Lois Martin

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Ms. Anne Gardner, Assistant United States Attorney and all CM/ECF parties registered in the case; and a copy of this pleading was mailed by the United States Postal Service to: none.

/s/ *Alex Wynn*
Alex Wynn

3