IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

v.				Case No 4:22-cr-40001-005

BONITA LOIS MARTIN					DEFENDANT

**ORDER**

Before the Court is the Unopposed Motion to Amend Conditions of Release filed herein by the Defendant BONITA LOIS MARTIN.  ECF No. 224.  The Government does not oppose this Motion.  The Motion was referred to the undersigned for decision.  ECF No. 225.  The Court finds as follows:

On March 9, 2022, the Court issued an Order setting the Defendant's Conditions of Release.  ECF No. 52. Defendant's travel was restricted to the Western District of Arkansas, Bowie County, Texas and McCurtain County, Oklahoma.  Defendant's travel restriction was modified by the Court on December 13, 2022, to allow her to travel for medical treatment.  ECF No. 161. Defendant again requests that she be allowed to travel outside the areas previously approved by the Court, without prior approval from the United States Probation Office (USPO), in order to obtain medical care.  The Government has no objections to this requested modification. The Court finds the request should be granted.

**IT IS THEREFORE ORDERED** Defendant's Unopposed Motion to Amend Conditions of Release (ECF No. 224) is **GRANTED**.  The Defendant shall be subject to the following conditions of release:

(1) Except as modified below, all the conditions of pre-trial release previously imposed (ECF Nos. 52 and 161) shall remain in effect.

(2) Defendant Martin may travel to attend medical appointments outside of the Western District of Arkansas, specifically to Shreveport, Caddo Parish, Louisiana.[1]  Defendant Martin must notify the USPO of any such travel.

(3) **<u>Failure to comply with any of the conditions of pre-trial release shall subject Defendant to immediate arrest and detention.</u>**

Defense counsel is directed to provide a copy of this Order modifying pre-trial release conditions to Defendant.

**SO ORDERED** this **9th day of April 2024.**

                                                  /s/ *Barry A. Bryant*
                                               HON. BARRY A. BRYANT
                                               U.S. MAGISTRATE JUDGE

---

[1] Defendant Martin also requested permission to travel to Mountain Home, Baxter County, Arkansas and to Fayetteville, Washington County, Arkansas. Both locations are within the Western District of Arkansas and thus permissible travel destinations under the Court's prior Orders.